OFFICE OF DISCIPLINARY COUNSEL *v.* BICA.

[Cite as Disciplinary Counsel *v.* Bica (1988), 35 Ohio St. 3d 264.]

(D.D. No. 87-1—Decided March 16, 1988.)

*J. Warren Bettis,* disciplinary counsel, and *Charles T. Brown,* for relator.

*Charles W. Kettlewell,* for respondent.

*Per Curiam.* This court finds that respondent violated the aforementioned Disciplinary Rules. Accordingly, we adopt both the board's findings and its recommendation. Respondent is hereby ordered indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES and WRIGHT, JJ., concur.

DOUGLAS and H. BROWN, JJ., dissent.

H. BROWN, J., dissenting. Taking into account the disciplinary violations in this case, I would suspend the respondent from the practice of law for a period of one year.

DOUGLAS, J., concurs in the foregoing dissenting opinion.